```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -        Case No. 11-71801-DTE
In Re

ILAH SCHEINA,
                                          Chapter 7


              Debtors.            **MOTION**
- - - - - - - - - - - - - - - - -
```

PLEASE TAKE NOTICE that, upon the annexed application of JACOBY & JACOBY, attorneys for the debtor, ILAH SCHEINA, a hearing will come on to be heard as follows:

| | |
|---|---|
| Debtors: | ILAH SCHEINA |
| Judge: | Honorable DOROTY EISENBERG |
| Return Date and Time: | June 23, 2011 at 10:00 am |
| Place: | United States Bankruptcy Court<br>290 Federal Plaza<br>Central Islip, NY 11722 |
| Relief Requested: | For an Order for Redemption with such other and further relief as this Court deems just and proper. |

Dated: Medford, New York
       May 16, 2011

/S RICHARD A JACOBY
RICHARD A. JACOBY, ESQ.
JACOBY & JACOBY
1737D North Ocean Ave.
Medford, NY 11763
(631) 289-4600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -        Case No. 10-71801-DTE
In Re

ILAH SCHEINA,                            Chapter 7

          Debtor.

                                         **APPLICATION**

WELLS FARGO
PO Box 4050
Coraopolis, pa 15108

          Creditor.

- - - - - - - - - - - - - - - -

ILAH SCHEINA, the Debtor, by and through her Attorneys, JACOBY & JACOBY, ESQS., moves the Court pursuant to 11 U.S.C. and Bankruptcy Rule 6008 for a Redemption order on the following grounds:

1.  The item to be redeemed is tangible personal property intended primarily for personal, family or household use and is more particularly described as follows:

    Year: 2006    Make: Hyundai    Model: Elantra

    Vin No.: KMHDN46D36U235560

2.  The interest of the Debtors in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargable consumer debt.

3. The allowed secured claim of said Creditor, WELLS FARGO for purposes of redemption, the "redemption value", should be determined to be not more than $6,995.00 as evidenced by the attached written appraisal. (See Exhibit "A")

3. Arrangements have been made by the Debtor with 722 Redemption to pay to the said creditor up to the aforesaid amount in a lump sum should said motion be granted. The resulting new loan will require monthly payments of the debtor of $311.90 for 36 months at 26% interest for a total payout of $11,228.40. Were the debtor to reaffirm the existing loan, the resulting payments would be $295.00 for 55 months, for a total of $16,225. The savings to the debtors is $4,996.60. Included in the new loan amount is a $500 fee for the preparation and appearance on this motion.

**WHEREFORE**, the Debtors request the Court to order the said Creditor, WELLS FARGO, to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor requests the Court determine the value of the property as of the time of the hearing on such objection.

Dated: Medford, New York
May 16, 2011

/s RICHARD A. JACOBY, ESQ.
JACOBY & JACOBY
1737D North Ocean Ave.

Medford, NY 11763
(631) 289-4600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re                                    BANKRUPTCY
                                         Case No. 11-71801-DTE
ILAH SCHEINA

                                         AFFIDAVIT OF SERVICE
                 DEBTORS
-----------------------------------------------------------X
STATE OF NEW YORK)
                 ) ss.:
COUNTY OF SUFFOLK)

Rachel Blunck, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Pt Jeff NY 11776.

On May 23, 2011, I served a copy of the NOTICE OF MOTION AND APPLICATION on all persons in interest in this Proceeding, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the following creditors and/or persons on behalf of creditors at the address designated by said attorney or creditor:

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

Richard Stern, Trustee
135 Pinelawn Rd
Sutie 120 S
Melville, NY 11747

Wells Fargo
PO Box 4050
Coraopolis, pa 15108

                                         _____
                                         /s RACHEL BLUNCK

Sworn to before me this
23 day of May 2011

_____
/s Notary Public

## Vehicle Condition Report:

Owner Name: Ilah G Scheina  
Prepared as of: May 13, 2011

Vehicle Description: 2006 / Hyundai / Elantra  
Year / Make / Model

KMHDN46D36U235560 / 53,200 / / red  
Serial Number (VIN) / Mileage / Plate / Color

| | No | Yes | | No | Yes | | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | | X | Pwr Door Locks | | X | AM/FM | | X |
| Theft Deterent | | X | Leather Int | X | | Tape/CD | | X |
| ABS Brakes | | X | Air Conditioning | | X | Automatic | | X |
| Tilt Wheel | | X | T Tops | X | | 4-Speed | X | |
| Pwr Windows | | X | Sunroof | X | | 5-Speed | X | |
| Pwr Seats | X | | Pwr Sunroof | X | | 4 x 4 | X | |

Other items: _____

| | Good | Fair | Poor | | Good | Fair | Poor | | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grill | | X | | Lights | | X | | Interior | | X | |
| Front Bumper | | X | | Rear Bumper | | X | | Engine | | X | |
| Hood | | X | | Roof | | X | | Transmission | | X | |
| Right Fender | | X | | Left Fender | | X | | Brakes | | X | |
| Right Door(s) | | X | | Left Door(s) | | X | | Paint Finish | | X | |
| Right Qtr Panel | | X | | Left Qtr Panel | | X | | Tires | | X | |

Comments: _____

## Valuation Report: Based on Published Dealer's Ad - North East Region - May 2011 Edition

|  | Retail Value |
|---|---|
| Average Base Value: | $6,995.00 |
| | |
| Appraised Value: | $6,995.00 |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current edition of Published Dealer's Ad publication by experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/S/ Andrea M Wessel  
Andrea M Wessel, Loan Originator

Collateral Valuation Services, LLC  
P O Box 8361, Cincinnati, Ohio 45208  
(513) 284-8539



**AutoTrader**
The ultimate automotive marketplace.

MyAutoTrader: Sign in    Sign up
Save cars, searches & time. Always FREE!

Find Cars for Sale | Car Research | Sell Your Car | Trade In Your Car | Find Local Dealers | Loans | Insurance

Suspect Fraud? Report it

## Used 2006 Hyundai Elantra Sedan
### $6,995  Calculate Payment

World Auto Sales Inc



1-877-450-0507
Sales

89 Highway 35
Keyport, NJ 07735

Great Cars At A Great Price!

**Dealer Connections**
- See more information about us
- View inventory
- View a map and get directions

**Email this Seller**

* = Required
* First Name
* Last Name
* Email
Phone Number
Best Time to Call You
[Any Time 8 a.m. - 9 p.m.]
* Subject
[Select One]
* Message
[Enter your message here Maximum 250 characters.]

☐ Send a copy to me
☐ Yes, I would like to receive information about special promotions and discounts from AutoTrader.com.

By using this service, you accept the terms of AutoTrader.com's Visitor Agreement.

**Send Email**



share    Print vehicle highlights    Save this car



All (10)    Photos (9)    Map

**Primary Information about this vehicle:**

| | |
|---|---|
| AT Car ID: | AT-11AF7611 17 |
| Price | $6,995 |
| Mileage | 47,309 |
| Body Style | Sedan |
| Exterior Color | Silver |
| Interior Color | Gray |
| Engine | 4 Cylinder Gasoline |
| Transmission | Automatic |
| Drive Type | 2 wheel drive - front |
| Fuel Type | Gasoline |
| Stereo | Compact Disc Player |
| Doors | Four Door |

**Pre-Qualified**
✓$ Loans    Get pre-qualified for low rates today!

SHOW ME THE CARFAX    View the Free CARFAX Report for this Hyundai

NADA    Get NADAguides Pricing Info for this Hyundai

GEICO    Get a free insurance quote for this Hyundai

